# Court of Appeals
# of the State of Georgia

ATLANTA,___April 30, 2012___

*The Court of Appeals hereby passes the following order:*

**A12D0342.  CAREY LECELL ROSS v. THE STATE.**

In 2010, Carey Lecell Ross was convicted of multiple counts of felony obstruction.  On March 29, 2012, he filed in this Court a "Motion to Set Aside Sentence," which we docketed as an application for discretionary appeal.  It does not appear that Ross filed this motion in the trial court, and the only order included with his application is the judgment of conviction and sentence from 2010.

To the extent that Ross seeks to appeal his 2010 conviction, this application is untimely.  See OCGA § 5-6-35 (d) (applications for discretionary appeal must be filed within 30 days of the order on appeal).  To the extent that he seeks review of his motion to set aside his sentence, the trial court apparently has not yet considered that motion.  "Inasmuch as we are a court for the correction of errors, we do not consider issues which were not raised below and ruled on by the trial court." *Ward v. State*, 299 Ga. App. 826, 827 (683 SE2d 894) (2009).  In the absence of a ruling by the trial court, we have nothing to review.  *Amica v. State*, 307 Ga. App. 276, 282 (2) (704 SE2d 831) (2010).  Because this application for discretionary appeal is untimely from the only order attached, it is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 04/30/2012_____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

 *, Clerk.*